

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TENET HOSPITALS LIMITED, a TEXAS LIMITED PARTNERSHIP D/B/A THE HOSPITALS OF PROVIDENCE MEMORIAL CAMPUS,<br><br>Appellant,<br><br>v.<br><br>ASHLEE M. BALDERRAMA and ALEJANDRO J. MARTINEZ,<br><br>Appellees. | §<br>§<br>§<br>§<br>§ | No. 08-23-00263-CV<br><br>Appeal from<br><br>County Court at Law No. 3<br><br>of El Paso County, Texas<br><br>(TC# 2023DCV2379) |

## <u>JUDGMENT</u>

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order and remand the case to the trial court for further proceedings consistent with this opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST 2024.

JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.
Soto, J., dissenting